THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA D. FULLER,<br><br>        Defendant. | CASE NO. CR19-0079-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to withdraw Defendant's guilty plea (Dkt. No. 28). Having thoroughly considered the parties' motion and the relevant record, the Court ORDERS that Defendant's plea of guilty entered on May 14, 2019, is hereby withdrawn for a fair and just reason pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B) and a plea of not guilty is entered. It is further ORDERED that Defendant's trial date is reset to September 23, 2019. The hearing on August 13, 2019, will remain as scheduled. The speedy trial commencement date is the date of this order.

DATED this 25th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0079-JCC
PAGE - 1